# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLY M. YERIAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-04-1333-R |
| | ) |
| STEVE BECK, | ) |
| | ) |
| Respondent. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered April 27, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety; the petition of Kelly M. Yerian for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED; and the petition, to the extent it seeks relief under 28 U.S.C. § 2241, is DISMISSED for lack of jurisdiction.

**It is so ordered this 19th day of May, 2006.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE